**FILED**

JUN 1 5 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JUSTIN STANLEY,<br>  aka JESSE,<br>FREDDIE SANCHEZ,<br>CHRISTOPHER PAYNE,<br>DUSTIN RUSSELL,<br>  aka D-RUSS,<br>WALTER THOMAS,<br>  aka P,<br>AUSTIN HOGAN,<br>KYLE RENTSCHLER,<br>DONNA WRICK,<br>LAWRENCE DEMPSTER,<br>  aka DALE,<br>RYAN PHEASANT,<br>MICHAEL COTTRILL, JR.,<br>CASEY TAYLOR,<br>DEREK HESSON,<br>JACOB MARTIN,<br>JAMES HOLSINGER, JR.,<br>JASON SMITH,<br>JEFFREY HALL,<br>DUSTIN FREEMAN,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

<u>I N D I C T M E N T</u>

CASE NO. **1:23 CR 00313**

Title 18, United States Code,
Sections 2, 922(g)(1) and
924(a)(8); and Title 21, United
States Code, Sections 841(a)(1),
(b)(1)(A), (b)(1)(B), (b)(1)(C),
(b)(1)(D), 843(b) and 846

**JUDGE PEARSON**

<u>COUNT 1</u>
(Conspiracy to Distribute and Possess with the Intent Distribute Fentanyl, Cocaine, Cocaine Base ("Crack"), Oxycodone, and Marijuana, 21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about, September 1, 2020, to on or about June 14, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants JUSTIN STANLEY, aka JESSE; FREDDIE SANCHEZ; CHRISTOPHER PAYNE; DUSTIN RUSSELL, aka D-RUSS; WALTER THOMAS, aka P; AUSTIN HOGAN; KYLE RENTSCHLER; DONNA WRICK; LAWRENCE DEMPSTER, aka DALE; RYAN PHEASANT; MICHAEL COTTRILL, JR.; CASEY TAYLOR; DEREK HESSON; JACOB MARTIN; JAMES HOLSINGER, JR.; JASON SMITH; JEFFREY HALL; and DUSTIN FREEMAN did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of fentanyl, cocaine, cocaine base ("crack"), oxycodone, and marijuana. As to Defendants JUSTIN STANLEY, aka JESSE; FREDDIE SANCHEZ; CHRISTOPHER PAYNE; DUSTIN RUSSELL, aka D-RUSS; WALTER THOMAS, aka P; AUSTIN HOGAN; KYLE RENTSCHLER; DONNA WRICK; LAWRENCE DEMPSTER, aka DALE; CASEY TAYLOR; JAMES HOLSINGER, JR.; JASON SMITH; and JEFFREY HALL, those Defendants conspired to possess with the intent to distribute and to distribute at least 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 280 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance; a mixture and substance containing a detectable amount of

2

oxycodone, a Schedule II controlled substance, and a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(C), and (b)(1)(D). As to Defendants RYAN PHEASANT; MICHAEL COTTRILL, JR.; DEREK HESSON; JACOB MARTIN; and DUSTIN FREEMAN, those Defendants conspired to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; cocaine, a Schedule II controlled substance; and oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that:

A. The co-conspirators obtained fentanyl, cocaine, cocaine-base ("crack"), oxycodone, and marijuana from suppliers in Columbus, Ohio, Lorain, Ohio, and Marion, Ohio, which they redistributed in the areas around Marion, Ohio. The co-conspirators concentrated their drug distribution in and around Marion, Ohio.

B. JUSTIN STANLEY obtained fentanyl from an unidentified source and cocaine from FREDDIE SANCHEZ and others, which he then distributed to his co-conspirators, hereinafter, referred to as the STANLEY DTO.

C. CHRISTOPHER PAYNE, WALTER THOMAS, AUSTIN HOGAN, and DUSTIN RUSSELL all obtained fentanyl and cocaine from STANLEY, which they redistributed to subordinate dealers and customers in the Marion, Ohio area.

D. DUSTIN FREEMAN obtained oxycodone pills from STANLEY, which he redistributed to customers in the Marion, Ohio area.

3

E.     HOGAN and others worked together and distributed fentanyl, cocaine, and/or cocaine base ("crack") to other drug traffickers in Marion, Ohio, and elsewhere, including, KYLE RENTSCHLER; DONNA WRICK; LAWRENCE DEMPSTER; RYAN PHEASANT; MICHAEL COTTRILL, JR.; CASEY TAYLOR; DEREK HESSON; JACOB MARTIN; JAMES HOLSINGER, JR.; JASON SMITH; and JEFFREY HALL.

F.     HOGAN and PHEASANT worked together and distributed oxycodone to various customers in Marion, Ohio.

G.     HOLSINGER, JR., and MARTIN worked together from a shared residence to sell fentanyl to various customers in Marion, Ohio.

H.     DEMPSTER stored fentanyl and cocaine at his workplace on behalf of HOGAN.

I.     The co-conspirators conducted counter-surveillance of law enforcement and shared information with each other about law enforcement presence.

J.     The co-conspirators used cellular telephones to make and receive telephone calls and to send and receive text or other electronic messages to conduct their drug trafficking activity.  To reduce the risk of being detected by law enforcement, and to conceal the identity of the person using the device, co-conspirators often used cellular telephones that had been obtained in the names of other persons or in fictitious names.  It was further part of the conspiracy that the co-conspirators, when using cellular phones or text messaging to conduct drug trafficking activity, used slang terms, street terminology, or code words or phrases to obscure and to disguise the true nature of their activities and the true meaning of their conversations.

4

K.     The co-conspirators used social media platforms Facebook and Snapchat to communicate amongst other members of the DTO as well as drug customers.

ACTS IN FURTHERANCE OF THE CONSPIRACY

3.     In furtherance thereof, and to effect the goals and conceal the existence of the conspiracy, the defendants and others performed acts in furtherance of the conspiracy in the Northern District of Ohio, Eastern Division, and elsewhere, including, but not limited to the following:

4.     On or about January 8, 2021, at approximately 7:51 p.m., HOGAN sent WRICK a text message, which stated, "What's up you cool [Do you need more fentanyl]?"

5.     On or about January 8, 2021, at approximately 7:51 p.m., WRICK sent HOGAN a text message, which stated, "Ya I'll need you shortly [I need resupplied with fentanyl]."

6.     On or about January 8, 2021, at approximately 7:52 p.m., HOGAN sent WRICK a text message, which stated, "Alright can it wait till tomorrow it's late I got a little bit [of fentanyl] but not a lot."

7.     On or about January 9, 2021, at approximately 6:04 p.m., HOGAN sent WRICK a text message, which stated, "Ready [Are you ready for the fentanyl resupply]."

8.     On or about January 9, 2021, at approximately 6:04 p.m., WRICK sent HOGAN a text message, which stated, "Give me 20min gotta get money together rq [real quick]."

9.     On or about January 9, 2021, at approximately 7:06 p.m., WRICK sent HOGAN a text message, which stated, "Your cool no rush just lmk. What was the ticket [cost of 100 grams of fentanyl] again dbl [double] checkn [checking] don't wanna have to run bk n. It was 5 [$5,000] right?"

5

10.     On or about January 15, 2021, at approximately 1:11 p.m., WRICK sent HOGAN a text message, which stated, "I need that drop [cocaine] im out out."

11.     On or about January 15, 2021, at approximately 1:32 p.m., WRICK sent HOGAN a text message, which stated, "I got the 2350 [$2,350]. How long u think I still ain't served but 3 my regulars [drug customers]."

12.     On or about January 15, 2021, at approximately 1:35 p.m., WRICK sent HOGAN a text message, which stated, "F**k. Idk if some are gonna wait on me I got about 5.5 gs [5.5 grams of crack cocaine] worth waiting rn. Just hml I guess."

13.     On or about January 16, 2021, at approximately 1:32 p.m., HOGAN sent WRICK a text message, which stated, "If you give me 45 minutes I'm getting the old thing."

14.     On or about January 16, 2021, at approximately 9:29 p.m., HOGAN sent WRICK a text message, which stated, "What did your ppl think they love it over here?"

15.     On or about January 16, 2021, at approximately 9:48 p.m., WRICK sent HOGAN a text message, which stated, "No complaints but batch before the hard [crack cocaine] batch was better."

16.     On or about May 4, 2021, at approximately 9:09 p.m., HOGAN and RENTSCHLER had a conversation on the telephone. During the call, HOGAN stated, "What they say about that 50 [fifty grams of fentanyl] I just gave you?" RENTSCHLER stated, "Um, it's not that good." HOGAN stated, "Swear." RENTSCHLER stated, "Swear on blood bro it's not." HOGAN stated, "What they sayin' though?" RENTSCHLER stated, "It tastes like fiber." HOGAN stated, "I'm saying uh, ah f**k man." RENTSCHLER stated, "That green s**t [green colored fentanyl] was hittin' bro we need that. Ni***s is still askin' me for that. I swear if we had that we would probably do five bands [$5,000] a day. You feel me? Guaranteed." HOGAN

6

stated, "Damn." RENTSCHLER stated, "Even Eric came and got somethin' from me." Later in the conversation, HOGAN stated, "Well this s**t just ain't as strong and fu***n." RENTSCHLER stated, "I know." HOGAN stated, "And I can't get nothin' other, I can make it stronger but I don't want to." RENTSCHLER stated, "Yeah, but you lose money, huh?" HOGAN stated, "Hell yeah." RENTSCHLER stated, "Try, I mean how much, I mean is it worth it because you know what I mean if it's stronger you know we I'mma go through it [sell it] faster." HOGAN stated, "I know but try a couple hundred thousand dollars." Later in the conversation, RENTSCHLER stated, "Oh, it's still under five [ranking of quality – five out of ten] but I mean it's still, it will get a n***a right and s**t you know what I mean it will get them well but it's like, bro you know what it reminds me of honestly? Little Jose's s**t [fentanyl]." HOGAN stated, "For real?" RENTSCHLER stated, "Yeah and n****s is doggin' his s**t right now, they don't even hit his phone. But I mean the only thing that's savin' us is that we do got rocks in it but other than that f****n' I don't know." Later in the conversation, RENTSCHLER stated, "Bro I can be ready by the morning I got like nineteen [$1,900] now, something I don't know. But we can't get that green [green colored fentanyl] though?" HOGAN stated, "I'm waitin' on it." RENTSCHLER stated, "Oh, hey once we get that bro I swear to God I'm gonna make us rich cuz n****s is blowin' me up for that and b***h I'm runnin' out here like I didn't get in a wreck. All I do is move [sell fentanyl]."

17.     On or about May 7, 2021, at approximately 1:24 p.m., HOGAN and PHEASANT had a conversation on the telephone. During the conversation, PHEASANT stated, "You know what you told me to ask?" HOGAN stated, "Yeah." PHEASANT stated, "He said, uh, be ready." HOGAN stated, "Be ready?" PHEASANT stated, "Yeah, is that cool?" HOGAN stated, "Uh, yeah absolutely." PHEASANT stated, "Alright cool. I just wanted to make sure before I made,

7

made him, had the dude drive, but alright cool." HOGAN stated, "Uh, how many [how many oxycodone pills] though?" PHEASANT stated, "What you told me." HOGAN stated, "A hundred [one hundred oxycodone pills]?" PHEASANT stated, "Yup." HOGAN stated, "Perfect." PHEASANT stated, "Alright, brother. Um, I'll let him know everything is all good then." HOGAN stated, "Alright, man." PHEASANT stated, "Alright buddy, uh, I'll probably need you to, uh, stop over and hangout here in a little bit. I'll call you back when I'm done running and I'm gonna stop over and help you."

18.     On or about May 8, 2021, approximately 2:09 p.m., HOGAN and COTTRILL had a conversation on the telephone. During the conversation, COTTRILL, JR. stated, "But uh f****n here in a minute I'm gonna be ready [for a cocaine resupply] for you if you wanna do that?" HOGAN stated, "Alright, yeah, I'm sitting here waiting with it [COTTRILL, JR.'s cocaine]." COTTRILL, JR. stated, "Alright." HOGAN stated, "Alright bro."

19.     On or about May 8, 2021, approximately 5:17 p.m., HOGAN and COTTRILL, JR. had a conversation on the telephone. During the conversation, COTTRILL, JR. stated, "Hello." HOGAN stated, "What are you doin'? Huh? Fishing?" COTTRILL, JR. stated, "I'm fishing yeah. I counted my money motherf***ing, ah, I didn't even have nothin'. I had to give grandma some money for Mother's Day." HOGAN stated, "Ah, what's you, you tryin' to get two [two ounces of cocaine] of them?" COTTRILL, JR. stated, "Ah, yeah." HOGAN stated, "Alright, I'm a see what dude says right now and then I got, I just got an extra one [an additional ounce of cocaine] so we'll make something happen." COTTRILL, JR. stated, "Alright bro appreciate it." HOGAN stated, "Alright, man." COTTRILL, JR. stated, "Alright."

20.     On or about May 9, 2021, at approximately 10:42 p.m., HOGAN and HOLSINGER, JR. had a conversation on the telephone. During the conversation, HOGAN

8

stated, "Jay [SMITH] said you guys robbed him [RENTSCHLER] and now you guys are all blaming it on each other." HOLSINGER, JR., stated, "Hey bro you can come over here, neither one of them is at my house. His girlfriend's f****n sittin' right here bro. We got here he f****n took off runnin'. No s**t was supposed to happen like that at all. We were never supposed to f****n rob nobody dude swear to God. He said he was gonna make some money off of him to get some f****n crack. Jay [SMITH] was gettin' him the f****n crack. You can come over here right now bro I got f****n two dollars in one and f****n three dollars in quarters I got for gas. Broke as f**k, these f*****s didn't give me s**t I didn't even know what dude. I didn't even know what happened Austin [HOGAN] it was f****n retarded . . . Jay [SMITH] talkin' about killin' him or him tryin' to kill him or his son or somethin' he's all wacked out of his mind or he, I don't f****n' know. He's talkin' 'bout, somethin' 'bout, Kyle [RENTSCHLER] had a gun on his son or something I don't f****n know dude really I don't. Like I told him to get his s**t back to him like in the car you can ask Kyle I straight told him to give him his dope [fentanyl] back like you all is dumb as f**k for this. I don't know how much money he took from him or whatever but I don't know. Tell Kyle if he wants to fight me he wants to fight but I really try to prevent the s**t man. I really did I knew the repercussions whose it was already I'm not stupid. I really don't get it Carl is wacked the f**k out of his mind. When I say he took off runnin' down that street Austin he jumped out of my car and took off runnin' down the middle of my f****n street. Didn't say nothin'. Come over here, I'm home." Later in the conversation, HOGAN stated, "You watched me serve him [RENTSCHLER] 50 grams [50 grams of fentanyl] he's always on front he always owes me money." HOLSINGER, JR. stated, "I told him he [HOGAN] fronted that dope they were like no he paid for that s**t like no he don't, he's f****n broke." HOGAN stated, "Nah, yeah that's all his is, is a front man bro he can't get right." HOLSINGER, JR. stated,

9

"I already know trust me I definitely told him that s**t, definitely told him. You can ask Kyle I swear to God I told him to give the f****n' dope back 'cause he didn't pay for that s**t, it's not his, you're fightin' Austin [HOGAN] over it that's what you're doin'. I swear to you, bro, I wouldn't have done that f****n s**t I'm not that stupid man. F**k would I do that for? Makes no f****n' sense. Later in the call, HOLSINGER, JR. stated, Ugh, I really want you to know that I wouldn't do that s**t Austin. You know better than that. Swear to God man . . . it is what it is but I really didn't have s**t to do with that man. That s**t was so stupid. I didn't even get anything. I got the five dollars Kyle give me for takin' him to get the crack."

21.     On or about May 9, 2021, at approximately 10:46 a.m., HOGAN and SMITH had a conversation on the telephone. During the call, SMITH stated, "Kyle [RENTSCHLER] was talkin' s**t about me I went over there to whoop Kyle's a*s I didn't want none of your dope [fentanyl] ok. Now, if Kyle wants to fight me one on one, I'll give you 500 dollars but it's gonna be one on one. That's just point blank. Now, only reason I went over there I didn't go to take nobody's dope, we was told, we was told Kyle buys his own dope. Anyway, but I don't give a f**k about the dope I don't care about the dope. Right now my name's so s****y people don't even want to buy dope [fentanyl that I sell] off me let alone sell it to me. They don't even wanna buy it off me cuz of people runnin' around sayin' I'm the police [a confidential informant] and whatnot. I'm not a cop. I did want to f**k Kyle up I didn't, I didn't because he's too crippled up to whoop right now but Kyle told me that when his dad touches down in prison he's f****n' my son up. That's what all this has been about don't threaten my son." HOGAN stated, "He's a level, he's gonna go to a level three. They got to go back to where they go." SMITH stated, "Well, I don't know but I like Shane [an individual known to the Grand jury, but not charged herein] I don't want no problems with him. I don't want to have to have bad blood with him or none of that

other bull s**t just like I love you and I would have never told on you. I would have never told on no one, but more importantly, you and you don't know how bad you hurt my feelings. I still won't do you wrong, ok. Now, I don't know how much dope Carl's got, but I'm gonna go find Carl and I'm gonna go get the dope [fentanyl] back and if nothin' else he better give me half of it for havin' me involved in this s**t so I can give it back to you alright." HOGAN stated, "Listen man, I believe now everybody knew that dope [fentanyl] was mine bro." SMITH stated, "Well, he's been runnin' around braggin' that he's got twelve thousand dollars saved up and he doesn't front off you no more." HOGAN stated, "It doesn't matter bro that motherf****r owes me five hundred dollars from the last pack [50 grams of fentanyl]." SMITH stated, "Alright, that's believable but he's been tellin' everyone this, that, and the other and when he bought that gun and put my name on it that's when I knew s**t had to stop." HOGAN stated, "Listen man, call Carl and tell him like look bro now I want the dope cuz now I got smoke with Austin. He ain't got a f****n' phone. Blade's got the f****n' phone so I don't know where this f****n' f****t is." SMITH stated, "Alright, alright, now how much dope [fentanyl] did he get off bro?" HOGAN stated, "It was 40 grams [40 grams of fentanyl] bro that's two bands [$2,000] bro." SMITH stated, "40 grams, two bands." HOGAN stated, "Yeah." SMITH stated, "40 grams, two bands." HOGAN stated, "Four times five." SMITH stated, "Four times five, yeah." HOGAN stated, "Four times fifty, bro." SMITH stated, "Forty times fifty, two, alright." HOGAN stated, ". . . Look Jay I know you're gonna get it back for me bro cuz f****n' Carl's, f****n he's a pussy man. He's a f****n idiot." SMITH stated, "Alright, look I gotta find him and talk to him if he don't go to jail with that and the gun. You know he's got a God damn shot gun wielding it around and s**t." HOGAN stated, "Man, I don't care." SMITH stated, "Runnin' down the God damn road." HOGAN stated, "Bro, that'd be the last thing they ever do in they life." SMITH stated,

11

"Who shoot, ain't nobody gonna shoot you he tryin' to protect himself. He's got a God damn pistol from dude. I, I don't know look, I'm gonna try to do what I can ok Austin. I'm gonna do what I can to get it back and you got my word on that. But know the reasons why I went over there it wasn't to steal no God damn dope [fentanyl]. I'll go buy dope. I got a good plug [fentanyl supplier] in Delaware that's the honest to God truth so. Alright, I'm gonna do what I can do, I'll call you back."

22.     On or about May 9, 2021, at approximately 1:18 p.m., HOGAN and PHEASANT had a conversation on the telephone. During the conversation, PHEASANT stated, "Hey I'm gonna go to my moms, I'm gonna go get whatever you just called me about right now and then I'm goin' to my grandparents for like an hour and then if you stop over I can do that for you." HOGAN stated, "Hey, hey I got someone that gets a script of uh 270 [prescription for 270 oxycodone pills] well they said they can get it." PHEASANT stated, "Of those." HOGAN stated, "You hear me?" PHEASANT stated, "Yeah, of those." HOGAN stated, "30s [30mg oxycodone pills]." PHEASANT stated, "How much?" HOGAN stated, "30 [$30] a piece." PHEASANT stated, "Bro, run that [buy them]." HOGAN stated, "I know I'm tryin' it's the first of the month I'm gonna see what they say." PHEASANT stated, "For real, for real, and then if you want I'll even split [give you half] whatever I make off em cuz some of them are gonna go for 60 [$60] and 50 [$50]." HOGAN stated, "Right, yeah it would be. I'll definitely do that if I can get that every month." PHEASANT stated, "Yeah, for real." HOGAN stated, "She was like, yeah, he'd rather sell all of them all at once. I was like cool that's 8 bands [$8,000] run it." PHEASANT stated, "Yeah f*****g, uh, do you still want that half." HOGAN stated, "Yeah." PHEASANT stated, "If you want, head over to my house I'm goin' to get them right now."

12

23. On or about May 9, 2021, at approximately 3:08 p.m., HOGAN, SMITH, and DEMPSTER had a conversation on the telephone. During the conversation, DEMPSTER stated, "So you, uh, you rob little Kyle [RENTSCHLER] buddy." SMITH stated "No, I didn't rob little Kyle." DEMPSTER stated," Yeah, you did, bro." SMITH stated, ". . ." DEMPSTER stated, "Hey Jay, listen Imma tell you this. You don't bring that f****n dope [fentanyl] back over there bro I'm gonna knock your f*****g teeth out when I see you and I'm gonna make it my mission to . . . so go find the f****n dope [fentanyl] b***h before I knock your teeth in." Later in the conversation, SMITH stated, "You makin' a big deal out of some s**t. This dude said he was gonna shoot me and he's lookin' for a gun to shoot me again. I'm gonna shoot his ass that's what's gonna happen." DEMPSTER stated, "Do what you do, do what you do. I fight with these fists." SMITH stated, "Little Kyle, I'm tryin' hey, I'm tryin' to get it back okay." DEMPSTER stated, "I fight with these fists." Later in the conversation, HOGAN stated, "Hey, how long was Jeffey [HALL], how long was I frontin' you s**t [providing you fentanyl]? How long did you eat off me [make money off the fentanyl I provided you] . . . if it wasn't for me."

24. On or about May 10, 2021, approximately 10:13 a.m., HOGAN and COTTRILL, JR. had a conversation on the telephone. During the conversation, HOGAN stated, "What's up bro?" COTTRILL, JR. stated, "Hey I got enough money for one [ounce of cocaine] of those in those boots." HOGAN stated, "Alright, uh, the boot [cocaine] should be here tomorrow or . . . Tuesday." COTTRILL, JR. stated, "Alright and that one s**t [lower quality batch of cocaine] bro they still don't like it. I could barely get rid of it." HOGAN stated, "After we fixed it at the house?" COTTRILL, JR. stated, "Yeah, even after we did that bro." HOGAN stated, "D**n." COTTRILL, JR. stated, "Yeah, so I guess I'm gonna have to keep buying more and keep going

13

back and forth and s**t." HOGAN stated, "Yeah, f**k." COTTRILL, JR. stated, "But, yeah just give me a call whenever you're up and moving around and s**t and I'll just meet up with you."

25.     On or about May 11, 2021, at approximately 6:12 p.m., HOGAN and HOLSINGER, JR. had a conversation on the telephone. During the conversation, HOLSINGER, JR. stated "Think you can do something for me real quick?" HOGAN stated, "What's that?" HOLSINGER, JR. stated, "Dude got three hundred [$300 for fentanyl]." HOGAN stated, "Huh?" HOLSINGER, JR. stated, "Dude got three hundred. You know the middleman [set up a deal between a drug customer and drug dealer] s**t we was talking about?" HOGAN stated, "Yeah." HOLSINGER, JR. stated, "I got a f*****g eviction notice so I gotta do something. After . . . ain't came."

26.     On or about May 13, 2021, at approximately 10:05 p.m., HOGAN and PHEASANT had a conversation on the telephone. During the conversation, PHEASANT stated, "Uh yeah, it slow rolled [not many drug customers] today f*****g one dude left me hanging." HOGAN stated, "Oh, really?" PHEASANT stated, "Yeah, but uh I'll be ready [for a fentanyl resupply] in tomorrow morning if that's cool." HOGAN stated, "Yeah, that's cool, I ain't doing nothing."

27.     On or about May 17, 2021, at approximately 3:53 p.m., HOGAN and RENTSCHLER had a conversation on the telephone. During the call, RENTSCHLER stated, "Hey, it's only 40.74 [40.74 grams of fentanyl]." HOGAN stated, "Alright." RENTSCHLER stated, "Alright, so what's that put us at?" HOGAN stated, "40.71, 47, I don't know. Add the math." RENTSCHLER stated, "Alright, I will add it up and let you know."

28.     On or about May 17, 2021, at approximately 9:09 p.m., HOGAN and HOLSINGER, JR. had a conversation on the telephone. During the conversation, HOGAN

14

stated, "Hey, uh, dude told me to tell you that . . . he said he don't know what happened, but last time it was fire [high quality fentanyl] . . . said it's like dude, like someone cut that s\*\*t so bad he said swerves don't even want it. They're trying to bring it back and get their money back." HOGAN stated, "Oh really?" HOLSINGER, JR. stated, "Yeah, he said it's f\*\*\*\*\*g horrible. He told me to tell you, so I figured I'd call and let you know. I said I don't know what the difference is but nowhere near the same. But you want to talk to him though?" HOGAN stated, "No, it's alright."

29. On or about May 17, 2021, at approximately 9:09 p.m., HOGAN and HOLSINGER, JR. had a conversation on the telephone. During the call, HOGAN stated, "Yeah, I tried to get you to call me a couple hours, but, uh, make sure you delete that conversation we had in the kitchen." HOLSINGER, JR. stated, "Yeah, I got you." HOGAN stated, "But, uh, I'll f\*\*k with you [provide you fentanyl] bro but I hate coming over there." Later in the conversation, HOGAN stated, "You know what I'm sayin'?  I'm gonna help you do whatever you need to do bro." HOLSINGER, JR. stated, "I know." HOGAN stated, "So you know what I mean?" HOLSINGER, JR. stated, "It's only temporary, bro. That's all." HOGAN stated, "No, I mean f\*\*k, I'd rather f\*\*k with you then f\*\*k with dude anyways bro." Later in the conversation, HOLSINGER, JR. stated, "If he ain't got the dope, he knew what was going to happen to him. I told him what was going to happen." HOGAN stated, "Yeah." HOLSINGER, JR. stated, "You know what I mean." HOGAN stated, "He took that risk." HOLSINGER, JR. stated, "Yep." HOGAN stated, "So I hope it pays off for him." HOLSINGER, JR. stated, "Yeah, he definitely did, I told him though said do what you wanna do bro but I know it's going to happen." HOGAN stated, "Yeah." HOLSINGER, JR. stated, "It happens. You sit here all day with money in wait might not come but as soon as you spend it, it comes." Later in the

15

conversation, HOGAN stated, "Yeah, I'd rather just f**k with you, meet you somewhere bro." HOLSINGER, JR. stated, "That's cool." HOGAN stated, "Make some money off the top of it whatever happens, happens, you know what I mean."

30.     On or about May 18, 2021, at approximately 1:48 p.m., HOGAN and HALL, had a conversation on the telephone. During the conversation, HALL stated, "Hello? Man, this n****r is pissing me off man." HOGAN stated, "Who?" HALL stated, "F*****g Kyle [RENTSCHLER], bro." HOGAN stated, "Why?" HALL stated, "Cause he f*****g took that s**t and told me uh I'll hold it bro. I'll bust some plays [drug sales] while you're gone and he's probably there asleep bro." HOGAN stated, "Oh yeah." HALL stated, "I got f*****g two grams [a sale for two grams of fentanyl] going right now and I'll have your money."

31.     On or about May 18, 2021, at approximately 3:23 p.m., HOGAN and PHEASANT had a conversation on the telephone. During the conversation, HOGAN stated, "Yeah, where you at?" PHEASANT stated, "The Dollar Store. Emily's at the house though if you want to go see her." HOGAN stated, "Yeah, I'm here." PHEASANT stated, "Alright. Hey, Emily! Hey." HOGAN stated, "Alright, bro." PHEASANT stated, "Hey!" HOGAN stated, "Yeah." PHEASANT stated, "She don't have everything [drug proceeds] on her, but I'll bring all of it [remaining drug proceeds] over tonight."

32.     On or about May 19, 2021, at approximately 4:55 p.m., HOGAN and PHEASANT had a conversation on the telephone. During the conversation, PHEASANT stated, "You gonna stop by . . ." HOGAN stated, "I can." PHEASANT stated, "Yeah, can you?" HOGAN stated, "Huh?" PHEASANT stated, "Can you real quick?" HOGAN stated, "Yeah, just give me a second 'cause I'm headed over here to talk to somebody." PHEASANT stated, "Alright, uh, that's cool." HOGAN stated, "Does it have to be right now?" PHEASANT stated,

16

"Man, it would really help me out." HOGAN stated, "Are you trying to do the same thing [same amount of fentanyl] as always?" PHEASANT stated, "Yeah." HOGAN stated, "Alright." PHEASANT stated, "Lately, as of always lately."

33.    On or about May 20, 2021, at approximately 9:15 p.m., HOGAN and PHEASANT had a conversation on the telephone. During the call, PHEASANT stated, "Hey, you see my text?" HOGAN stated, "Hold on. Yeah, yeah, just give me a second alright." PHEASANT stated, "Nah, it's cool 'cause I'm still a little shy. I'm getting it [the rest of the drug proceeds] together." HOGAN stated, "Alright, that's cool."

34.    On or about May 21, 2021, at approximately 10:19 a.m., HOGAN and HALL had a conversation. During the conversation, HOGAN stated, "F**k yeah they are bro, I can't be touching this s**t [raw fentanyl]." HALL stated, "Yeah you gotta wear gloves." HOGAN stated, "Yeah, I know, that sucks. That's f*****g hard to always do." HALL stated, "Yeah, trust me I know. I keep f*****g, I can't, it's a habit." HOGAN stated, "It's just easier. I mean." HALL stated, "Yeah." HOGAN stated, "It's part of being lazy, but at the same time it's like God d**n bro. Every single time? Like f**k." HALL stated, "Yeah, it's just gotta have them bit***s right there." HOGAN stated, "It's hard to always do that." HALL stated, "Uh, I'm probably, uh, I am going to run into you today [for a fentanyl resupply]. But uh." HOGAN stated, "Yeah." HALL stated, "I'm probably just gonna grab, I'm probably just going to grab the whole thing [100 grams of fentanyl]." HOGAN stated, "Alright, that's cool." HALL stated, "I'll call you in a little bit soon as I am ready. I mean I could probably do it now, but I got a couple things I gotta do." HOGAN stated, "Yeah, alright that's fine just, uh, let me know alright."

35.     On or about June 19, 2021, at approximately 9:38 p.m., FREEMAN sent HOGAN a text message, which stated, "Hey bub see if ryan [PHEASANT] let us come grab 2 [two 30mg oxycodone pills] them in am so i aint gotta wait all day for them to wake up."

36.     On or about June 20, 2021, at approximately 11:26 a.m., FREEMAN sent HOGAN a text message, which stated, "See if u can get ryan up [PHEASANT] grab 2 [two 30mg oxycodone pills] them."

37.     On or about June 24, 2021, approximately 9:08 p.m., HOGAN and TAYLOR had a conversation on the telephone. During the conversation, TAYLOR stated, "What are you doing man?" HOGAN stated, "I ain't doing s**t what's up?" TAYLOR stated, "F*****g, uh, trying to get a zippo [ounce of fentanyl]." HOGAN stated, "With what?" TAYLOR stated, "A zip [ounce of fentanyl] that s**t you do." HOGAN stated, "Yeah, yeah f*****g, uh, I had my phone off I was trying to get this car fixed." TAYLOR stated, "What are you gonna charge me for it?" HOGAN stated, "Uh 14 [$1,400]." TAYLOR stated, "Alright, we'll do that in the morning or something it's dark now I'm not doing it." HOGAN stated, "Yeah that's cool." TAYLOR stated, "Not now, but I just now got your number so just in the morning we'll do it or whatever. I'll get a lunch or something. I been working so." HOGAN stated, "Yeah, alright that's good."

38.     On or about June 25, 2021, at approximately 1:39 p.m., HOGAN and TAYLOR had a conversation on the telephone. During the call, TAYLOR stated, ". . . Hey uh, you wanna do that for me [sell me an ounce of fentanyl]?" HOGAN stated, "Uh, right now? Where you at?" TAYLOR stated, "I'm at home right now. I'm saying within the next hour or two . . . it's pretty much cash. You know what I mean . . . gotta go over, take it somewhere and drop it off. Make some money, you know what I mean?" HOGAN stated, "Yeah." TAYLOR stated, "So?"

18

HOGAN stated, "Alright, yeah, just give me one hot second alright?" TAYLOR stated, "Alright, . . . just like an hour or two." HOGAN stated, "Alright, that's cool."

39. On or about June 25, 2021, at approximately 3:57 p.m., HOGAN and TAYLOR had a conversation on the telephone. During the call, TAYLOR stated, "If, uh, his dude don't answer the door when I go over there 'cause I didn't call him or nothing to tell him I was coming." HOGAN stated, "Yeah." TAYLOR stated, "Uh, I want to meet up with you real quick to get rid of this [ounce of fentanyl] you hear me?" HOGAN stated, "Alright, uh." TAYLOR stated, "That way I don't be drivin'. I'm gonna walk up there. I'm gonna park on the street behind and walk up to his house." HOGAN stated, "Yeah, he should answer though." TAYLOR stated, "So I can walk away from there so I ain't driving so for some reason he doesn't, I want to just hurry up and get this off of me you know what I mean." HOGAN stated, "Alright, that's cool." TAYLOR stated, "So if I call you just be ready to come and meet me somewhere real quick." HOGAN stated, "Alright."

40. On or about June 25, 2021, at approximately 6:17 p.m., HOGAN and TAYLOR had a conversation on the telephone. During the conversation, HOGAN stated, "What you doing?" TAYLOR stated, "At Rich's." HOGAN stated, "Oh yeah." TAYLOR stated, "Yeah." HOGAN stated, "You got them, you got a couple, uh, you got what dude gave you [couple ounces of fentanyl]?" TAYLOR stated, "Yeah, yeah." HOGAN stated, "Alright, I'll be over there in a second I'm coming that way anyway."

41. On or about June 26, 2021, approximately 8:40 p.m., HOGAN and COTTRILL, JR. had a conversation on the telephone. During the conversation, HOGAN stated, "Hey did you talk to them, uh, people [drug customers]?" COTTRILL, JR. stated, "Uh, yep, I already sold all the ones [ounces of cocaine] I had. I got your money [drug proceeds] and s**t." HOGAN stated,

19

"Alright, what they uh, what they say about uh, uh, if it came like that, what I told you [how was the quality of the cocaine]?" COTTRILL, JR. stated, "Oh that's good." HOGAN stated, "Alright, alright, that's cool. I just wanted to know 'cause I'm gonna holler at a couple more people alright."

42. On or about June 30, 2021, approximately 7:57 p.m., HOGAN and COTTRILL, JR. had a conversation on the telephone. During the conversation, COTTRILL, JR. stated, "Um, I weighed up that other s**t and motherf****n' uh, its only saying it 22 [22 grams of cocaine] some. HOGAN stated, "What you talkin' bout?" COTTRILL, JR. stated, "The one that was 25 [twenty-five grams of cocaine], that you said you owed me a little bit on it." HOGAN stated, "What do you mean? You sat there and watched me." COTTRILL, JR. stated, "Yeah, I know that. Do you think it would have dried up that much?" HOGAN stated, "Hell no." COTTRILL, JR. stated, "Yeah, that's, bro, someone had to have got [stolen] into my s**t." HOGAN stated, "Hell no, where the f**k is Bird at? COTTRILL, JR. stated, "He's been running around doin' the other s**t." HOGAN stated, "Nah, bro, tell him to get there right now. We're gonna beat the f**k out of him." COTTRILL, JR. stated, "Alright." HOGAN stated, "I'm deadass serious." COTTRILL, JR. stated, "Alright. I'm calling him." HOGAN stated, "Where you at, Bobby's?" COTTRILL, JR. stated, "Yeah, I just weighed this s**t up." HOGAN stated, "Alright, I'll be there. Does he know where you put it [cocaine]?" COTTRILL, JR. stated, "No, I hid it this time. I put it under Bobby's bed in a tennis shoe." HOGAN stated, "Nah, bro, you seen that how big that bag was bro." COTTRILL, JR. stated, "Yeah, its 22.2 [22.2 grams of cocaine] HOGAN stated, "Does the bag even look that big?" COTTRILL, JR. stated, "Nah, I'm weighing it without the bag bub."

20

43. On or about July 1, 2021, at approximately 3:08 p.m., HOGAN and HALL had a conversation on the telephone. During the conversation, HOGAN stated, "And then Kyle [RENTSCHLER], god this motherf****r don't wanna answer his f*****g phone." HALL stated, "You still aint talked to him?" HOGAN stated, "Man that n***a's running scared bro." Later in the conversation, HOGAN stated, "Bro you know how sick he's [RENTSCHLER] about to be?" HALL stated, "Yeah, yeah, h**l yeah." HOGAN stated, "And then I get to talking to other people he was like yeah bro he was borrowing like five, six hundred dollars off of me." HALL stated, "Yeah, I told you he borrowed three [$300] from me." HOGAN stated, "Yeah, he was like, yeah, I talked to one of my dudes and he was like bro just tried borrow a thousand dollars off me last night." HALL stated, "F*****g let him get a hundred packs of f*****g zani bars, you know what I mean?" Later in the conversation, HOGAN stated, "Aw damn. S**t your s**t should pick up [drug business]." HALL stated, "You said what now?" HOGAN stated, "I said your following should be picking up here soon." HALL stated, "Bro, he was literally calling people and telling them that me and him are a team and we're back together so just call his phone instead of call. You know what I mean?" HOGAN stated, "If the n***a didn't have to do no work bro I'd have like three, ten swerves and a half swerve [drug sales]." HALL stated, "Right, you'd never have to do nothing." HOGAN stated, "No, I gave him, I gave them all them f*****g swerves, I took them all back. I called every one of them like eh call this number." HALL stated, "Yeah." HOGAN stated, "Like, c'mon bro, nobody need you bro like for real." Later in the conversation, HALL stated, "Yeah, uh, I ain't all the way ready – ready [for a resupply of fentanyl], but I should be in the next, here real soon. It shouldn't be long at all, so . . ." Later in the conversation, HALL stated, "You just want me to call you and s**t when I'm ready for you?"

21

HOGAN stated, "Yeah, I'm getting my hair cut right now." HALL stated, "Alright, that's cool. Like I said I'm going to need a little bit of time anyways. Not much, but I'll call you in a few."

44.     On or about July 1, 2021, approximately 3:22 p.m., HOGAN and HESSON had a conversation on the telephone. During the conversation, HESSON stated, "Some n***a named Peanut." HOGAN stated, "Yeah that's good people." HESSON stated, "Yeah, he stalled me forever last night. He was trying to get me to drive to him I'm like bro I don't drive after eleven." HOGAN stated, "Alright." HESSON stated, "I'm about to start figuring out who all these other numbers are. F*****g Stevie Smith called me last night too and I'm like eh I'm not f*****g with [selling drugs to] you bro." HOGAN stated, "Oh, he text you?" HESSON stated, "No, he called me from his mom's phone." HOGAN stated, "Ah yeah? . . . " HESSON stated, "He's like where's Kyle [RENTSCHLER] at? I'm like Kyle's not around. I'm like his people [fentanyl supplier] got me running the phone [drug phone]. He said I need to talk to Kyle, like f*****g Kyle ain't f*****g here bro." HOGAN stated, "Yeah." HESSON stated, "F*****g idiot. He wanted a front [advance of drugs] is what it was. I bet you." HOGAN stated, "Yeah. F**k him. Who else called?" HESSON stated, "Uh, some uh, another Kyle called last night." HOGAN stated, "Yeah, he's cool, that's my people [regular customers]." HESSON stated, "Yeah, he was supposed to call me this morning. I'm about to see if I can figure out which numbers is his." HOGAN stated, "Mm." HESSON stated, "Yeah, he called me last night. He was supposed to call this morning, but I feel like I gotta figure out which number he called me on." Later on in the call, HESSON stated, "Yeah, I'm gonna try to figure out who everybody is real quick." HOGAN stated, "Yeah the motherf****r like uh, there's a lot, like Timmy XXXXXXX, you f**k with Timmy?" HESSON stated, "I know who he is and s**t but he's a f*****g little idiot." HOGAN stated,

"Yeah, there should be a lot of people [drug customers] calling today." HESSON stated, "Yeah, I'm about to call the one's that they called me back real quick."

45. On or about July 1, 2021, approximately 7:50 p.m., HOGAN and HESSON had a conversation on the telephone. During the conversation, HOGAN stated, "What you . . . Have you picked up some more people [drug customers] off that phone?" HESSON stated, "So far I've only served [sold drugs to] f*****g, uh, Peanut." HOGAN stated, "Kyle?" HESSON stated, "And Kyle." HOGAN stated, "Yeah, that's my people [drug customer]. Uh, you should, damn, right there goes a Statey [State Police]. I ain't got s**t [drugs] on me anyway. F**k 'em. But you should be, you should pick up some people [new drug customers], but a lot of the people he [RENTSCHLER] was f*****g with, he's a duck so like, like he was f*****g with a lot of other ducks you know what I mean." HESSON stated, "Yeah." HOGAN stated, "He was f*****g with [selling drugs to] a lot of like people no one would f**k with." HESSON stated, "Yeah, I'd rather just have his big ones [larger drug customers]. I'm tired of all that little s**t." HOGAN stated, "Yeah, dude came by and got them 10 [ten grams of fentanyl] though right?" HESSON stated, "Yeah, he said he's going to start f*****g with [buying from] me. He's like h**l yeah. I appreciate you hitting me with some chunk [chunked fentanyl]. I didn't shake him down." HOGAN stated, "Yeah." HESSON stated, "I've gotten rid of a lot of it. I think I still got like f*****g maybe like 15 grams [15 grams of fentanyl] of it or something of that powder." HOGAN stated, "Oh, I'll put it back together for you." HESSON stated, "Hell yeah, and then, uh, I was thinking about my girl's wanting to get some kind of little hustle [drug business] going for herself so she can stay out of my money. I was thinking about trying to put her in the soft [cocaine] field. HOGAN stated, "Yeah." HESSON stated, "What's a ball [3.5 grams of powder cocaine] of that s**t go for?" HOGAN stated, "It's $200." HESSON stated, "Two hundred, then

23

what can I get out of it?" HOGAN stated, "S**t, you can put a gram or 2 [of cut] on it and then sell it for $100 a gram." HESSON stated, "Hell yeah. You'll have to teach me how to do that so I can f*****g, 'cause I don't know what to cut that s**t with." HOGAN stated, "Yeah, I can show you." HESSON stated, "Hell yeah." HOGAN stated, "There's honestly nothing to it." HESSON stated, "Yeah, I figured. She's wanting to make a little money herself because she sees all the money I'm making, and she don't like getting into my pockets all the time so she's wanting to get her little s**t going. I'm like s**t, I'll help you do it." HOGAN stated, "Hey look right um. F**k, man I hope that phone people start calling that phone man. HESSON stated, "I know, that's what I'm hoping for. I got some other 202 number that just text me, but I f****n. I'm going to call them cuz they're like why you change your number on me, did I delete the other one. I'm about to text them and tell them to call me so I can explain the situation to them." HOGAN stated, "Yeah." HESSON stated, "B.C. [an individual known to the Grand Jury, but not charged herein] tried to call the phone earlier and f****n' she was scared to f**k with me though." HOGAN stated, "Oh, why's that?" HESSON stated, "She said she was sick [dope sick] and she's like I'm just iffy with it being a new person [new dealer]. She only had $30 though, but." HOGAN stated, ". . . F**k with Brittany though. She's tried to hit me up before." HESSON stated, "Yeah. I was like if you're not f*****g through then I'm going to get the f**k on." HOGAN stated, "Yeah, like Ashley, uh, I forget, Ashley Furniss or some s**t. Them's my people [drug customer] too bro. But all his people that he had are my people bro. That was basically my phone [my drug phone] bro." Later in the conversation, HOGAN stated, "Yeah, I had that bitch [drug phone] doing 50 [fifty grams of fentanyl] every 2 days." HESSON stated, "Damn." HOGAN stated, "Yeah, an ounce [of fentanyl] a day." HESSON stated, "Yeah, I could use that. That'd put me at two [$2,000] every, two a day." HOGAN stated, "That n***a ain't got no hustle. That was all me.

24

That was my phone bro." HESSON stated, "Yeah, it's easy to f*****g hustle [sells drugs] when someone else sets it up for you." HOGAN stated, "No s**t." HESSON stated, "I had to f*****g start from scratch. That s**t was rough." HOGAN stated, "Yeah, he's [RENTSCHLER] a f*****g lame bro. HESSON stated, "So what'd he do run off?" HOGAN stated, "He, he only had $1,200 of the money, of my money, and he still owed me a band [$1,000]." Later in the conversation, HESSON stated, "But yeah, whenever you want to you can swing that uh, that soft (cocaine) by." HOGAN stated, "Alright, just give me a little bit."

46.    On or about July 2, 2021, at approximately 1:33 p.m., HESSON sent HOGAN a text message, which stated, "U tryna bring tht girl [powder cocaine] by."

47.    On or about July 4, 2021, at approximately 5:53 a.m., MARTIN sent HOGAN a text message, which stated, "Brooo plz bring reup [resupply of fentanyl] like ASAP. Please don't make me wait for junior [HOLSINGER] to wake up plus I need to talk to you g unit."

48.    On or about July 4, 2021, at approximately 9:15 p.m., MARTIN sent HOGAN a text message, which stated, "Can I get with you on this other [cocaine]"?

49.    On or about July 6, 2021, at approximately 10:31 a.m., HOGAN and HALL had a conversation on the telephone. During the conversation, HOGAN stated, "Hey, what if I told you I got something, uh, that costs 80 a gram [of fentanyl] but you could put a 1 [one gram of cut] on it? That'll beat [better quality] what we got." HALL stated, "What you mean? S**t, it'll beat what we got?" HOGAN stated, "It'll beat what we got, but it'd be a little bit cheaper."

50.    On or about July 6, 2021, approximately 8:56 p.m., HOGAN and HESSON had a conversation on the telephone. During the conversation, HESSON stated, "Kyle's ass just called me, I'm getting ready to hop in the, the shower real quick. You able to slide through tonight [to bring fentanyl resupply]?" HOGAN stated, "Yeah, yup, you trying to do that same thing?"

25

HESSON stated, "Yeah, yeah, I should be for sure. If he comes through, I have plenty." HOGAN stated, "Alright, I am about to just to just bring to you 50 [fifty grams of fentanyl], yup."

51.     On or about July 6, 2021, at approximately 9:15 p.m., HOGAN and MARTIN had a conversation on the telephone.  During the conversation, HOGAN stated, "Who is this?" MARTIN stated, "It's Jake. I just texted you." HOGAN stated, "Oh, what's up?" MARTIN stated, "I was wondering if I could get with you on the soft [cocaine]?" HOGAN stated, "Yeah, let's do tomorrow." HOGAN stated, "Say what?" HOGAN stated, "Let's do it tomorrow." MARTIN stated, "Alright, that's cool."

52.     On or about July 9, 2021, at approximately 3:53 a.m., MARTIN sent HOGAN a text message, which stated, "Are you going to get with my on that other [cocaine] got some people [drug customers] asking and what not just don't wanna look like iont know what's going on rather just tell em."

53.     On or about July 13, 2021, at 10:44 p.m., an individual with a Snapchat username of Jayda_Gomez sent STANLEY a Snapchat message, which stated, "What's y'all Facebooks so I know y'all not cops?"

54.     On or about July 13, 2021, at 10:46 p.m., STANLEY sent Jayda_Gomez a Snapchat message, which stated, "I don't got no fb [Facebook] bro do hold on Ill get it but we ain't no cops we trap [sell drugs] and own are own trucking company outta Ohio."

55.     On or about July 16, 2021, MARTIN sold approximately 1.95 grams of fentanyl to a confidential source for $160.

56.     On or about July 16, 2021, at approximately 9:28 p.m., HOLSINGER, JR. sent HOGAN a Snapchat message, which stated, "Ready for reup [resupply of fentanyl] tho an got some towards what he owes."

26

57. On or about July 17, 2021, at approximately 5:28 p.m., MARTIN sent HOLSINGER, JR. a text message, which stated, "S\*\*t my bad spoke too soon cause the bag s is .7 and you said 19 with the bag lol."

58. On or about July 21, 2021, at approximately 1:58 a.m., MARTIN sent HOLSINGER, JR. a text message, which stated, "I needed to like reup (resupply of fentanyl) and prioritize getting out of debt."

59. On or about July 21, 2021, at approximately 3:35 a.m., MARTIN sent HOLSINGER, JR. a text message, which stated, "I've been ready since before you left earlier bro and your just like whatever I'm not worried about rocking it up or any of that really I done missed a whole day of swerving [drug sales] over it not to mentions I'm not trying to rush into that we have no plan. And as it sit's, I'm going to be selling it then giving you a quarter of profits [drug proceeds] that don't even exist rite now just for being my friend and you already make a couple hundred that I don't really care about. It's just that bro I didn't smoke in the hotel. Not at all. I wake up to you guys gone and a lady waking us up to kick us out talking about the other room had cig buts on the window seal and all charged me 500 dollars. I go in the hole 700 dollars and you don't even mention helping me pay it or nothing. Bro, I gave you all the chunk [chunked fentanyl] the other day when I split it and you gave it back to me with like 5 grams of powder [powdered fentanyl] on it and my swerves [drug customers] telling me it taste like banana pudding. I don't ever say nothing cause you're the only friend I've had that didn't try in Rob me or try and f\*\*k my old lady . . . like I try to be really good to you guys I thought, I buy us ice (methamphetamine) bust down with you whenever. I give you gas money or cig money or anything you ask for (if you ask) I'm not trying to start something but if we're really friends, I should be able to get something off my chest and talk to you. I tried to get you to sit in here and

27

talk to me earlier and you wouldn't. I'm not saying I don't think we should cut [adding cut to fentanyl] it .and gave you all the chunk [chunked fentanyl] so we could put a lil cut on it and still keep half the chunk. It took me like an hour an hour to send this 'cause I didn't eve n want to say anything because I never know how to say something without it coming out in a way that starts something."

60. On or about July 22, 2021, at approximately 2:07 p.m., MARTIN sent HOGAN a Snapchat message, which stated, "I mean I still needed you [needed resupplied with fentanyl] I just didn't mean to call cause you didn't text back I was just seeing if you had [fentanyl to sell me]."

61. On or about July 30, 2021, HOGAN possessed 826 grams of fentanyl in Marion, Ohio.

62. On or about July 30, 2021, HOGAN and DEMPSTER possessed 723.56 grams of cocaine and 228.6 of fentanyl at XXX Roberts Avenue, Marion, Ohio.

63. On or about August 2, 2021, MARTIN sold .79 grams of fentanyl to a confidential source for $160.

64. On or about August 3, 2021, MARTIN possessed 9.93 grams of fentanyl and 1.06 grams of methamphetamine at XXXX Fairwood Avenue, Marion, Ohio.

65. On or about August 11, 2021, at approximately 10:51 p.m., STANLEY sent Heartlessfon, a username on Snapchat, a message which stated, "I was checking on u I'm bout to go to the store Tom [I'm about to get resupplied with fentanyl tomorrow] did u ever mix that brown [heroin] with the white [fentanyl]?"

28

66.     On or about August 11, 2021, at approximately 10:51 p.m., Heartlessfon sent STANLEY a Snapchat message, which stated, "Bout to cause the white [fentanyl] got more fans."

67.     On or about August 11, 2021, at approximately 10:52 p.m., Heartlessfon sent STANLEY a Snapchat message, which stated, "That mix [fentanyl mixture] u gave me."

68.     On or about August 11, 2021, at approximately 11.22 p.m., STANLEY sent Heartlessfon a Snapchat message, which stated, "How's the yayo [cocaine] going?"

69.     On or about June 9, 2022, STANLEY sold approximately 117.06 grams of fentanyl to a confidential source.

70.     On or about July 19, 2022, at approximately 6:29 a.m., RUSSELL sent STANLEY a Snapchat message, which stated, "Yo I need you [resupplied with fentanyl] like asap when you get up. Empty [I'm out of fentanyl]."

71.     On or about July 19, 2022, at approximately 8:09 a.m., STANLEY sent RUSSELL a Snapchat message, which stated, "Ok."

72.     On or about July 19, 2022, at approximately 1:52 p.m., RUSSELL sent STANLEY a Snapchat message, which stated, "BRO EMPTYYYYYYY [I'm out of fentanyl and need resupplied]."

73.     On or about July 21, 2022, at approximately 2:16 p.m., PAYNE sent STANLEY a Snapchat message, which stated, "You got any more that weed [marijuana]?"

74.     On or about July 21, 2022, at approximately, 2:28 p.m., STANLEY sent PAYNE a Snapchat message, which stated, "Yea."

75.     On or about July 21, 2022, at approximately 2:29 p.m., PAYNE sent STANLEY a Snapchat message, which stated, "Wats da ticket [what are you charging for marijuana]?"

29

76. On or about July 21, 2022, at approximately 3:00 p.m., STANLEY sent PAYNE a Snapchat message, which stated, "60 quarter [$60 for a quarter ounce] chello."

77. On or about July 22, 2022, at approximately 5:16 p.m., STANLEY sent RUSSELL a Snapchat message, which stated, "U think u can get that band [$1,000 that you owe me] today? I'm tryna grab this four wheeler before he sells it."

78. On or about July 22, 2022, at approximately 5:32 p.m., RUSSELL sent STANLEY a Snapchat message, which stated, "I'll be over in 15 min."

79. On or about July 24, 2022, at approximately 12:06 a.m., FREEMAN sent STANLEY a Snapchat message, which stated, "Try get them jerks [oxycodone pills] early i got bunch sold [to drug customers]."

80. On or about July 27, 2022, at approximately 12:16 p.m., STANLEY sent RUSSELL a Snapchat message, which stated, "U ready [You ready to be resupplied with fentanyl]."

81. On or about July 27, 2022, at approximately, 12:24 p.m., RUSSELL sent STANLEY a Snapchat message, which stated, "Yeah."

82. On or about July 27, 2022, at approximately 10:04 p.m., SANCHEZ sent STANLEY a Snapchat message, which stated, "XXXX Estelle Ave 44052."

83. On or about July 28, 2022, STANLEY and HOGAN had a conversation. During the conversation, STANLEY stated, "So he telling . . . he like man look, I got a better one that's even better than that but it's gonna be an extra five grand. I'm like s**t if it's better than that, that ain't nothing. An extra 5 grand ain't s**t. He's supposed to be down in the next couple of days. But the other one, it's probably like 250 [250 grams of fentanyl] left. If you wanted that. HOGAN stated, "For the 50?" STANLEY stated, "There's 250 left of the one. Of the one, the

30

one I just gave you last time." HOGAN stated, "Yeah." STANLEY stated, "It was that, but it's better than that. The original . . . I gave you last time was the s**t I did." HOGAN stated, "Right." STANLEY stated, "And I took, 'cause he gave me 400 [400 grams of fentanyl], and I had 200 [200 grams of fentanyl] of the old s**t and I put 250 in it and mixed it all together and that's the s**t that I gave you. And you said that was an 8." HOGAN stated, "Yeah." STANLEY stated, "So imagine the raw s**t, you know what I'm saying." HOGAN stated, "But then an 8, you know what I'm saying, that means you can't really do nothing to it. You feel me?" STANLEY stated, "But it's for 50." HOGAN stated, "Like if you do a 1 to it, it's going to be." STANLEY stated, "But it's for 50 you know what I'm saying. So you can do a 1 . . . nah, Dustin [RUSSELL] and them was doing like 3 . . . Turning 1 to 3. And they was like bro, leave it like that bro everybody leave it like that. But I know what you want you know what I'm saying." The conversation continued and STANLEY stated, "And dude . . . but he don't want to just give us 1 [1 kilogram of fentanyl]. He wants to give us like 5 [5 kilograms of fentanyl] at a time." The conversation continued and STANLEY stated, "But he's just now getting out of jail and he don't really got too many people. When I first got out of jail, he went to jail and uh, he has to work . . . so he's like I don't even trust nobody else Jesse. Like, I'll give you this 250 [250 grams of fentanyl] bro. I already did something to it but just give me whatever you think is fair. I gave his ass like 9 bands. And after that he loved me. Cuz' that was n***a in jail you know what I'm saying . . . He's like, I know when Sanchez [SANCHEZ] and Stanley together it's a . . . in the room somewhere." The conversation continued and STANLEY stated, "I went from selling fu****g damn near 200-300 [fentanyl] grams a week to fu****g not moving s**t." The conversation continued and STANLEY stated, "All that giving n***as 100-200 [fentanyl] grams, no more. I'm not doing that. I started micro-managing everything." The conversation continued

31

and STANLEY stated, "Russell [RUSSELL] doing 50 [fentanyl] grams every three days. I gave this n***a 250 [250 grams of fentanyl] and then I give you, and he's moving a 100 [100 grams of fentanyl] every week. So, then I give him 250 [250 grams of fentanyl] and the n***a took like f*****g 6 weeks. I'm like bro." The conversation continued and STANLEY stated, "So I told D-RUSS [RUSSELL], I hit his ass for 50 [50 grams of fentanyl]. He's like man you knock me all the way back to 50 [50 grams of fentanyl]. I said bro, you had 250 grams [250 grams of fentanyl], how much of it did you invest back into . . . none. So you want me to invest with you? So . . .my 250 grams [250 grams of fentanyl] then n***a I got to help you bond out. I got to eat the loss. I got to pay the connect like you ain't thinking about s**t like that. He goes, I feel you, I ain't got no where to put that s**t at. But you was cool I'd, I gave it to you, you was still going to take it. Like nah n***a. I gave him 50 [50 grams of fentanyl] ball and if you ain't paying for the extra 50 [50 grams of fentanyl] then you ain't getting 100 [100 grams of fentanyl] and that's how I made him do yesterday . . . But I ain't giving a n***a no more than 50 grams [50 grams of fentanyl] at a time no more."

84. On or about July 29, 2022, at approximately 2:27 a.m., THOMAS sent STANLEY a Snapchat message, which stated, "Bro u can just give Poppie that 6 for him."

85. On or about July 29, 2022, at approximately 6:31 a.m., STANLEY sent THOMAS a Snapchat message, which stated, "Ok."

86. On or about July 29, 2022, at approximately 7:39 p.m., FREEMAN sent STANLEY a Snapchat message, which stated, "I can get the green ones [15mg oxycodone pills] if u want them."

87. On or about July 29, 2022, at approximately 7:41 p.m., STANLEY sent FREEMAN a Snapchat message, which stated, "What's that?"

88. On or about July 29, 2022, at approximately 7:42 p.m., FREEMAN sent STANLEY a Snapchat message, which stated, "15s [15mg oxycodone pills]."

89. On or about August 7, 2022, at approximately 1:44 p.m., RUSSELL sent STANLEY a Snapchat message, which stated, "Need to link [I need resupplied with fentanyl] like today bra if you can."

90. On or about August 18, 2022, at approximately 10:29 p.m., FREEMAN sent STANLEY a Snapchat message, which stated, "U getting them jerks [oxycodone pills] this coming week?"

91. On or about August 18, 2022, at approximately 10:30 p.m., STANLEY sent FREEMAN a Snapchat message, which stated, "Yea."

92. On or about August 18, 2022, at approximately 10:30 p.m., FREEMAN sent STANLEY a Snapchat message, which stated, "I start work monday so i want 30 [30 oxycodone pills] of them."

93. On August 19, 2022, STANLEY and HOGAN had a conversation, during which STANLEY stated, "Ray hit me up, like bro I need to holler at you. I don't ever talk to Ray, I don't know him like that. And the n***a was like, yeah man, uh, yeah my brother's [PAYNE] a fake ass n***a bro. Everything he leaves from around you guys, he be talking s**t about ya'll." The conversation continued and STANLEY stated, "I mean I don't care you know what I'm saying. I was like just telling Chris [PAYNE] like bro, I f**k with you [conduct drug business with you]. I don't do s**t like that to you, you know what I'm saying. Even if you was f****g . . . don't be kicking my back in you know what I'm saying about the s**t." The conversation continued and STANLEY stated, "Like don't look at me as like competition [drug competition] or like come around to see what we on just so you know what to do, you know what I'm saying?

Don't try to learn s**t [about the drug trade] from us and take it somewhere else and be like you the man over here n***a."

94. On or about August 22, 2022, at approximately 8:42 p.m., FREEMAN sent STANLEY a Snapchat message, which stated, "Don't sell them things [oxycodone pills] im gonna off them [I'm going to sell them] so I can make a couple [money]."

95. On or about August 23, 2022, at approximately 5:41 p.m., FREEMAN sent STANLEY a Snapchat message, which stated, "Dont sell them jerks [oxycodone pills] i will find a way to get the money."

96. On or about August 23, 2022, at approximately 5:43 p.m., STANLEY sent FREEMAN a Snapchat message which stated, "I kept a lot [of the oxycodone pills]."

97. In August 2022, HOGAN, STANLEY, and SANCHEZ had a conversation. During the conversation, SANCHEZ stated, "You want me to go cook that s**t real quick?" STANLEY stated, "I would do it here, but I have the kids. Unless you want me to?" HOGAN stated, "Smells good… Is this five?" STANLEY stated, "Four and a half." HOGAN stated, "I know, but at twelve?" STANLEY stated, "Eleven." HOGAN stated, "Eleven?" Later in the conversation, STANLEY stated, "You still need some of that other s**t too? I got, I still got that 50 for you probably. Let me go through this… alright. 44 for 4 of them and then a half 550. What is that 4,950?" HOGAN stated, "That's straight." Later in the conversation, STANLEY stated, "Oh, I know they want that . . . s**t. That's the best s**t. It's working. You don't want to get stuck with some s**t that ain't working. N***a, that's the f**ked-up part." SANCHEZ stated, "Well, it's crazy that…" STANLEY stated, "Damn, I wish I, I wish I still had that one old s**t. Remember that brown s**t we got that one time that was f**ked up? N***a, I wish I still had that. You probably could've moved that over there. And it was like dog, wasn't it? That's crazy,

34

it's like…" HOGAN stated, "S**t was trash." STANLEY stated, "It was just dog, man. They don't f**k with dog no more over here." HOGAN stated, "That don't get 'em uh sick." STANLEY stated, "Yeah." SANCHEZ stated, "Yeah, but when you f*****g, when you, when you mix the dog with the fetty it's crazy." HOGAN stated, "I don't know." SANCHEZ stated, "Yeah, they like that, they like the dog fetty mix." HOGAN stated, "I ain't seen that s**t in forever. I mean I heard of people doing it, but you might f**k around and f**k up your whole line." SANCHEZ stated, "They say Columbus, they say Columbus still f**k with the dog." HOGAN stated, "The tar, yeah." SANCHEZ stated, "Some places like Chicago still do too. Bro, I swear we was selling better s**t than Chicago. You go to one of them deep ass lines. N***a is selling straight . . . everything. We was out here giving n***as straight chunk, huh? You know what they say . . . motherf**kers, too." STANLEY stated, "Yeah." SANCHEZ stated, "They call it a scramble . . . straight scramble. But, but, but, Chicago gets the dope, but when it gets to them lines though, them deep ass, 'cause I used to give my mom s**t, right? I be like test this out . . . she be like, "where'd you get that s**t from?" Alright, it's cool . . .'cause n***a, I drove back down here one time with a couple bricks, n***a. That was bulls**t. We be waiting 'til this s**t cool down there first." HOGAN stated, "Yeah." SANCHEZ stated, "I, I don't really know . . . I don't like being in the hood, all that s**t. . . ." STANLEY stated, "You serve your parents man, you're a special kind of individual." SANCHEZ stated, ". . . 'Cause I serve my pops and all my uncles." STANLEY stated, "Hell, yeah." SANCHEZ stated, "They ain't doing dog, they doing, f*****g, they smoking crack. And, and, and my baby momma, I was looking for my baby momma. I'm still looking for my baby momma. 'Cause I know she have money saved." STANLEY stated, "She's out?" SANCHEZ stated, "Yeah, she somewhere in Cleveland sucking somebody's dick, getting high." STANLEY stated, "She don't be checking on the girls or

nothing?" SANCHEZ stated, "Never." HOGAN stated, "That's f**ked up." SANCHEZ stated, "Man, she don't come around at all, but I wish she did. She don't even understand, b***h, I'm trying to put you in position, b***h. Go ahead, take this. Boom, get with me, huh?" STANLEY stated, "What she going to do?  Go take it and get high?" SANCHEZ stated, "No, not this. She know all the fiens, . . . all the fiens that get high, know other fiens." HOGAN stated, "Mhm." SANCHEZ stated, "She can have her own little line." HOGAN stated, "That's how I got that when I got out. F*****g dude was hard. He was doing hard drugs, so he knew everybody bro. So, I just needed . . ." SANCHEZ stated, "That's what I'm saying, man. She know all the, she know all the fiens out there." Later in the conversation, STANLEY stated, "What them 10s be going for? You know what I'm really using them for is for Dustin [RUSSELL] when he drives s**t." SANCHEZ stated, "What the Perc 10's?" HOGAN stated, "Yeah." STANLEY stated, "That n***a don't do s**t unless you got a Perc for him. I got him a bag of Perc 10s..." SANCHEZ stated, "I remember you told me." STANLEY stated, "That n***a was, that n***a was eating them b***hes the whole time down there, right? That n***a drove 14 hours straight. That n***a drove to Tennessee and back, I was just in the passenger." SANCHEZ stated, "I told you I had a motherf*****g, I got the motherf*****g, uh..." HOGAN stated, "Probably, uh, probably about 13, 14 bucks, 15 bucks." SANCHEZ stated, "What about the Xanies?" HOGAN stated, "I don't know bro. I don't touch Xanax's bro. Nope. Unless I'm trying to go to sleep." SANCHEZ stated, "My n***as telling me to get some 10s too. I'm other n***a telling me to get some unboxes . . . thirties." STANLEY stated, ". . . I'm dealing with fat Chris [PAYNE]. I just have to with fat Chris and make my money back from f*****g with Dustin [RUSSELL]." HOGAN stated, "I talked to fat ass. He was talking about he bought a pint of lean for four grand. And I was like 'you're an idiot, bro.'" STANLEY stated, "Just to drink it." HOGAN stated,

36

"Yeah, I was like 'you're a dumbass bro.' I was like 'that's stupid.' I told him, I was like, 'you know they be putting fentanyl in that s\*\*t bro?'" SANCHEZ stated, "They be putting everything in that." HOGAN stated, "He was like, 'nah, nah, this came straight from the pharmacy.' I was like, 'alright, bro.'" STANLEY stated, "He don't f\*\*\*\*\*g know, n\*\*\*a. . . . lean bottles. All that s\*\*t was fake, n\*\*\*as was stealing from us. They don't give a f\*\*k." SANCHEZ stated, "You f\*\*\*\*\*g with the lean?" STANLEY stated, "No, my n\*\*\*a came down here from, my Mexican n\*\*\*a came down here from Chicago and brought like five bottles of lean and was selling them to us for 500. And we bought them and, and n\*\*\*as was buying that s\*\*t. We was selling, we was selling s\*\*t. Dude would be out . . . back of his dresser, n\*\*\*a, just dripping lean, n\*\*\*a, all on the back of the dresser." SANCHEZ stated, "Staying the f\*\*k out of there, bro." STANLEY stated, "Yeah, he sold that s\*\*t still, bro. He sold it. N\*\*\*as was still buying that s\*\*t. He was charging n\*\*\*as like 1,500 a bottle, I think 1,600 a bottle." HOGAN stated, "That's crazy." STANLEY stated, "But what they do is they take, uh, a needle and poke it, poke the lid and cut it like that. Because a n\*\*\*a that I know that be rapping in Detroit, he was supposed to buy them and he came and checked them out. He was like, 'no, these are fake.'" Later in the conversation, STANLEY stated, "My n\*\*\*a had a house up there, a mansion bro, in the hood. I'm talking about man, had a library in this b\*\*\*h bro. And he was selling that b\*\*\*h for like, he told me like give him 175 or something." HOGAN stated, "Bro." STANLEY stated, "In Toledo, bro, this house is so big, n\*\*\*a, he said had pitbulls in this b\*\*\*h just s\*\*\*\*\*\*g everywhere bro. And he was like, 'I don't want to live here no more cause motherf\*\*kers broke into my crib.' He was like, 'it's just in the hood. A big ass crib. Broke into my . . .' Then he's like, 'they stole $250,000, n\*\*\*a, and like three bricks.'"

37

98. On or about August 25, 2022, at approximately 12:42 p.m., FREEMAN sent STANLEY a Snapchat message, which stated, "Let me get couple [oxycodone pills] them till later."

99. On or about August 25, 2022, at approximately 5:40 p.m., FREEMAN sent STANLEY a Snapchat message, which stated, "U sell me 1+ [ten oxycodone pills]?"

100. On or about August 25, 2022, at approximately 5:40 p.m., FREEMAN sent STANLEY a Snapchat message, which stated, "10 [ten oxycodone pills]."

101. On or about August 25, 2022, SANCHEZ and STANLEY sold 126.3 grams of cocaine to a confidential source.

102. On or about August 29, 2022, at approximately 9:47 a.m., THOMAS sent STANLEY a Snapchat message, which stated, "Wats up bro let get 10 [ten grams of fentanyl] to hold my line [to supply my customers] down for this 2 days."

103. On or about August 29, 2022, at approximately 10:26 a.m., STANLEY sent THOMAS a Snapchat message, which stated, "Ok give me a sec."

104. On or about August 29, 2022, at approximately 10:27 a.m., THOMAS sent STANLEY a Snapchat message, which stated, "Bet on my way to town now just hit me up."

105. On or about August 29, 2022, at approximately 2:55 p.m., THOMAS sent STANLEY a Snapchat message, which stated, "Wats up bro u left me on red I need you [I need resupplied with fentanyl]."

106. On or about August 29, 2022, at approximately 4:28 p.m., STANLEY sent THOMAS a Snapchat message, which stated, "I'm bout to get u together [I'll package up the fentanyl] now my bad."

107. On or about August 29, 2022, at approximately 4:28 p.m., THOMAS sent STANLEY a Snapchat message, which stated, "I need that [resupply of fentanyl]."

108. On or about August 29, 2022, at approximately 8:54 p.m., PAYNE sent STANLEY a Snapchat message, which stated, "You got any untouched [pure fentanyl] I'm tryin see what it's takin [how much cut] might grab a half [half ounce of fentanyl] or sum."

109. On or about August 29, 2022, at approximately 8:55 p.m., PAYNE sent STANLEY a Snapchat message, which stated, "I'll buy like 10 [ten grams of fentanyl] or something to see what it's hittin for."

110. On or about August 29, 2022, at approximately 9:04 p.m., PAYNE sent STANLEY a Snapchat message, which stated, "Or if ain't s**t round I can jus go to my peoples [my other supplier] I'm jus tryin put some bread [money] in rotation."

111. On or about August 29, 2022, at approximately 9:04 p.m., PAYNE sent STANLEY a Snapchat message, which stated, "S**t [fentanyl] just gotta take something [cut] you know that."

112. On or about August 29, 2022, at approximately 9:20 p.m., STANLEY sent PAYNE a Snapchat message, which stated, "I got u [I'll sell you the fentanyl] I'm come f**k wit u Tom [I'll provide it to you tomorrow]."

113. On or about August 30, 2022, at approximately 8:38 p.m., STANLEY sent PAYNE a Snapchat message, which stated, "U still was trying to do that [do you still want the fentanyl] I mite got sum short but was going to holla at u bout sum."

114. On or about August 31, 2022, at approximately 5:15 p.m., THOMAS possessed a Glock 31, .357 caliber handgun, serial number BNTM140.

115.    On or about September 5, 2022, at approximately 10:25 p.m., PAYNE sent STANLEY a Snapchat message, which stated, "You got something [fentanyl] takin a 3 [three grams of cut]."

116.    On or about September 5, 2022, at approximately 10:30 p.m., STANLEY sent PAYNE a Snapchat message, which stated, "Come see me."

117.    On or about September 6, 2022, at approximately 11:20 a.m., SANCHEZ sent STANLEY a Snapchat message depicting himself on the front porch of a residence.

118.    On or about September 8, 2022, at approximately 1:34 p.m., STANLEY sent RUSSELL a Snapchat message, which stated, "Just lmk when u ready [to be resupplied with fentanyl]."

119.    On or about September 8, 2022, at approximately 1:35 p.m., RUSSELL sent STANLEY a Snapchat message, which stated, "I'll call you after I make my rounds [after I collect cash from my drug customers]."

120.    On or about September 8, 2022, at approximately 9:14 p.m., RUSSELL sent STANLEY a Snapchat message which stated, "Ok here I come."

121.    On or about December 14, 2022, DEREK HESSON sold approximately 1.41 grams of fentanyl to a confidential source.

122.    On or about December 14, 2022, DEREK HESSON possessed 26.47 grams of fentanyl and a Taurus G3C 9mm handgun, Serial number ADC053007 at XXX Leetonia Road, Marion, Ohio.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

40

122. On or about July 16, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JACOB MARTIN did knowingly and intentionally distribute approximately 1.95 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession with Intent to Distribute of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

123. On or about July 30, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant AUSTIN HOGAN did knowingly and intentionally possess with intent to distribute 826 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 4
(Possession with Intent to Distribute of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2)

The Grand Jury further charges:

124. On or about July 30, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants AUSTIN HOGAN and LAWRENCE DEMPSTER, aka DALE, did knowingly and intentionally possess with intent to distribute 228.6 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 5
(Possession with Intent to Distribute of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2)

41

The Grand Jury further charges:

125.    On or about July 30, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants AUSTIN HOGAN and LAWRENCE DEMPSTER, aka DALE, did knowingly and intentionally possess with intent to distribute 723.56 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 6
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

126.    On or about August 2, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JACOB MARTIN did knowingly and intentionally distribute approximately .79 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 7
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

127.    On or about June 9, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JUSTIN STANLEY did knowingly and intentionally distribute approximately 117.06 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 8

42

(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

128.    On or about August 25, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants FREDDIE SANCHEZ and JUSTIN STANLEY, did knowingly and intentionally distribute 126.3 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 9
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

129.    On or about August 31, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant WALTER THOMAS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Trafficking in Cocaine, a felony in the 4th degree, Case Number 2006CR0105, in the Marion County Court of Common Pleas, on or about August 11, 2006; Trafficking in Cocaine, a felony in the 4th degree, Case Number 2008CR0046, in the Marion County Court of Common Pleas, on or about September 16, 2008; and Aggravated Assault, a felony in the 4th degree, Case Number 2014CR0545, in the Marion County Court of Common Pleas, on or about January 22, 2015, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Glock 31, .357 caliber handgun, serial number BNTM140; said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNTS 10-23
(Use of a Communication Facility in Furtherance of a Drug Trafficking Crime, 21 U.S.C.

43

§ 843(b))

The Grand Jury further charges:

130.    On or about the dates and approximate times listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendants listed below did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Section 846:

| Count | Defendants | Date | Time |
|---|---|---|---|
| 10 | AUSTIN HOGAN<br>DONNA WRICK | January 9, 2021 | 7:06 p.m. |
| 11 | AUSTIN HOGAN<br>KYLE RENTSCHLER | May 4, 2021 | 9:09 p.m. |
| 12 | AUSTIN HOGAN<br>RYAN PHEASANT | May 7, 2021 | 1:24 p.m. |
| 13 | AUSTIN HOGAN<br>MICHAEL COTTRILL, JR. | May 8, 2021 | 5:17 p.m. |
| 14 | AUSTIN HOGAN<br>JASON SMITH<br>LAWRENCE DEMPSTER | May 9, 2021 | 3:08 p.m. |
| 15 | AUSTIN HOGAN<br>JAMES HOLSINGER, JR. | May 11, 2021 | 6:12 p.m. |
| 16 | AUSTIN HOGAN<br>JEFFREY HALL | May 18, 2021 | 1:48 p.m. |
| 17 | AUSTIN HOGAN<br>CASEY TAYLOR | June 24, 2021 | 9:08 p.m. |
| 18 | AUSTIN HOGAN<br>DEREK HESSON | July 1, 2021 | 3:22 p.m. |
| 19 | AUSTIN HOGAN<br>JACOB MARTIN | July 4, 2021 | 5:53 a.m. |
| 20 | JUSTIN STANLEY<br>DUSTIN FREEMAN | July 19, 2022 | 6:29 a.m. |
| 21 | JUSTIN STANLEY<br>FREDDIE SANCHEZ | July 27, 2022 | 10:04 p.m. |
| 22 | JUSTIN STANLEY<br>CHRISTOPHER PAYNE | August 29, 2022 | 8:55 p.m. |

| 23 | JUSTIN STANLEY WALTER THOMAS | August 29, 2022 | 9:47 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE

The Grand Jury further charges:

131.    For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) the allegations of Count 1 through 23, inclusive, are incorporated herein by reference.  As a result of the foregoing offenses, Defendants JUSTIN STANLEY, aka JESSE; FREDDIE SANCHEZ; CHRISTOPHER PAYNE; DUSTIN RUSSELL, aka D-RUSS; WALTER THOMAS, aka P; AUSTIN HOGAN; KYLE RENTSCHLER; DONNA WRICK; LAWRENCE DEMPSTER, aka DALE; RYAN PHEASANT; MICHAEL COTTRILL, JR.; CASEY TAYLOR; DEREK HESSON; JACOB MARTIN; JAMES HOLSINGER, JR.; JASON SMITH; JEFFREY HALL; and DUSTIN FREEMAN shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all property [including firearms and ammunition] involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.