**FILED**

JUN 1 5 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  CASE NO.: |
| | )  1:23 CR 00313 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JUSTIN STANLEY, AKA, JESSE, ET AL., | )  MOTION TO SEAL INDICTMENT |
| | ) |
| Defendants. | ) |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Vasile C. Katsaros, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): To prevent the potential danger to the arresting officers, flight of the defendant, and the possible destruction of evidence if the defendant were to learn of the indictment prior to being arrested.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should any defendant be located in another judicial district and a certified copy of this indictment is needed

for forwarding to that judicial district.  See Rule 6(e)(4) of the Federal Rules of Criminal

Procedure.

                                      Respectfully submitted,

                                       REBECCA C. LUTZKO
                                       United States Attorney

By:       _____
                                       Vasile C. Katsaros (OH: 0067386)
                                       Assistant United States Attorney
                                       United States Court House
                                       801 West Superior Avenue, Suite 400
                                       Cleveland, OH 44113
                                       (216) 622-3876
                                       (216) 522-7499 (facsimile)
                                       Vasile.Katsaros@usdoj.gov

2